# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 30, 2013

No. 12-10878
Summary Calendar

Lyle W. Cayce
Clerk

ROBERT V. MCLENNAN,

Plaintiff-Appellant

v.

KERRI VEITCH, and John Doe Veitch, in her official and individual capacity; LARRY GARRETT, and Jane Doe Garrett, in his official and individual capacity; LARRY DAVIS, and Jane Doe Davis, in his official and individual capacity; RANDLE EFFLANDT, and Jane Doe Efflandlt, in his official and individual capacity; REGGIE BONNER, and Jane Doe Bonner, in his official and individual capacity; KELLY MCNAIR, and Jane Doe McNair, in his official and individual capacity,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CV-531

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM[*]

AFFIRMED.  See 5th Cir. Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.